**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| WILLIAM J. JONES, | No. 09-55451 |
| Plaintiff - Appellant, | D.C. No. 2:03-cv-06151-DDP-AJW |
| v. | |
| VENTURA COUNTY SHERIFF'S DEPARTMENT, | MEMORANDUM* |
| Defendant - Appellee, | |
| and | |
| CANTWELL, Deputy; et al., | |
| Defendants. | |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted September 22, 2010**

Before:    WALLACE, HAWKINS, and THOMAS, Circuit Judges.

_____

\*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We do not consider the district court's disposition of William J. Jones's claims because he identifies no error that he contends the district court committed and presents no argument challenging any of its rulings. *See Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues raised in pro se litigant's brief but not supported by argument are deemed abandoned).

**AFFIRMED.**